Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 22-12796-A

Caption:

# Valle

v.

# 3M Company

District and Division: Northern District of Florida
Name of Judge: Hon. M. Casey Rodgers
Nature of Suit: Personal injury/injunctive relief
Date Complaint Filed: 4/9/2020
District Court Docket Number: 3:19-md-02885-MCR-GRJ
Date Notice of Appeal Filed: 8/19/2022
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a)   Caption: _____
(b)   Citation: _____
(c)   Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Paul Clement | Clement & Murphy, PLLC<br>706 Duke ST<br>Alexandria, VA 22314 | 202-742-8900 (tel)<br>paul.clement@clementmurphy.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Ashley Keller | Keller Postman, LLC<br>150 N Riverside Plz Ste 4100<br>Chicago, IL 60606 | 312-741-5220 (tel)<br>ack@kellerpostman.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ N/A |
| ☑ Diversity | ☑ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$ N/A |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$ N/A<br>to _____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | |
| | | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☑ Injunction | ☑ Preliminary   ☑ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent   ☐ Denied |

Page 2                                            11th Circuit Docket Number: __22-12796-A__

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression? ☐ Yes ☑ No
       What is the issue you claim is one of First Impression? _____

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

       If Yes, provide
       (a)    Case Name/Statute __28 U.S.C. 1651(a)_____
       (b)    Citation _____
       (c)    Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)    Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
       (b)    Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

       If Yes, provide
       (a)    Case Name __See attached_____
       (b)    Citation _____
       (c)    Docket Number if unreported _____
       (d)    Court or Agency _____

(4)    Will this appeal involve a conflict of law
       (a)    Within the Eleventh Circuit? ☐ Yes ☑ No
       (b)    Among circuits? ☐ Yes ☑ No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       Whether the district court erred in enjoining 3M Company pursuant to the All
       Writs Act, 28 U.S.C. 1651(a).

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __12th__ DAY OF __September_____, __2022__.

Paul D. Clement                                          /s/ Paul D. Clement
_____                      _____
NAME OF COUNSEL (Print)                                  SIGNATURE OF COUNSEL

# ATTACHMENT

<u>Cases now pending or about to be brought before this court or any other court or administrative agency that arises from substantially the same case or controversy as this appeal:</u>

*Estes v. 3M Company et al.*, No. 21-13135 (11th Cir.)

*Hacker v. 3M Company et al.*, No. 21-13133 (11th Cir.)

*Keefer v. 3M Company et al.*, No. 21-13131 (11th Cir.)

*Baker v. 3M Company et al.*, No. 21-12517 (11th Cir.)

*Kelley v. 3M Company et al.*, No. 21-11607 (11th Cir.)

*Adkins v. 3M Company et al.*, No. 22-12812 (11th Cir.)

*Wilkerson v. 3M Company et al.*, No. 21-12719 (11th Cir.)

These appeals, and the instant appeal, arise from the same multi-district litigation, *In re: 3M Combat Arms Earplug Products Liability Litigation*, No. 3:19-md-02885-MCR-GRJ (N.D. Fla.). These appeals do not, however, involve an issue substantially the same, similar, or related to an issue in this appeal.