IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12796-AA

_____

In Re: 3M COMBAT ARMS EARPLUG LIABILITY LITIGATION,

_____

RICHARD VALLE,

                                                                  Plaintiff - Appellee,

versus

3M COMPANY,

                                                                   Defendant - Appellant.

_____

On Appeal from the United States
District Court for the Northern District of Florida

_____

BEFORE:   WILSON, LAGOA, and BRASHER, Circuit Judges.

BY THE COURT:

      Appellant's "Motion for Leave to File Supplemental Brief in Support of Time-Sensitive Motion for Stay Pending Appeal" is GRANTED.

      Appellant's "Time-Sensitive Motion for Stay Pending Appeal" is GRANTED.