**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                    In Replying Give Number
Clerk                                                                          Of Case and Names of Parties

January 11, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **MAY 1, 2023, IN MONTGOMERY, ALABAMA. COURT WILL BE HELD MONDAY-THURSDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #16.***

| Case No. | Case Name |
|---|---|
| 21-11621 | United States v. John Gladden, et al. (REVISED ARGUMENT DATE) |
| 21-13668 | Sean Reilly v. Secretary, Florida Department of Corrections |
| 22-10057 | Theresa Phillips v. Legacy Cabinet |
| 22-11621 | Thaddaeus Myrick, et al. v. City of Hoover, Alabama |
| 21-14396 | Roland Edger v. Krista McCabe, et al. |
| 21-12517, 21-13131, 21-13133 & 21-13135 | Lloyd Baker v. 3M Company, et al. |
| 22-10480 | Irish Jenkins v. Koch Foods, Inc., et al. |
| 22-11674 | Thai Meditation Association of Alabama, Inc., et al. v. City of Mobile, Alabama |
| 22-12796 | Richard Valle v. 3M Company |
| 21-11256 | Maurice Campbell, Jr. v. United States |
| 22-11789 | Sean Sheffler, et al. v. Americold Realty Trust |
| 22-11222 | Cambridge Christian School, Inc. v. Florida High School Athletic Association, Inc. |