Record No. 22-12796-A

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

3M COMPANY,
                              *Defendant-Appellant*

v.

RICHARD VALLE,
                              *Plaintiff-Appellee*

On Appeal from the United States District Court
for the Northern District of Florida

MDL No. 19-02885

# STATEMENT OF NON-OPPOSITION TO 3M'S MOTION TO HOLD APPEAL IN ABEYANCE

| | |
|---|---|
| John James Snidow | Ashley Keller |
| Noah Heinz | *Counsel of Record* |
| KELLER POSTMAN LLC | KELLER POSTMAN LLC |
| 1101 Connecticut Avenue, N.W. | 150 N. Riverside Plaza |
| 11th Floor | Suite 4100 |
| Washington, DC 20036 | Chicago, IL 60606 |
| | ack@kellerpostman.com |
| | (312) 741-5222 |

September 11, 2023                    *Counsel for Plaintiff-Appellee Valle*

## CERTIFICATE OF INTERESTED PERSONS

Under Eleventh Circuit Rule 26.1-1, counsel for Plaintiff-Appellee Valle hereby certifies that the Certificate filed by Defendant-Appellant is complete and correct.

Dated:  September 11, 2023          Respectfully submitted,

/s/ *Ashley Keller*
   Ashley Keller
*Counsel for Plaintiff-Appellee Valle*

C-1 of 1

**STATEMENT OF NON-OPPOSITION TO 3M'S MOTION TO HOLD APPEAL IN ABEYANCE**

3M correctly noted that Plaintiff-Appellant Valle opposed its Motion. However, in light of discussions that took place after the filing of the Motion, Mr. Valle no longer opposes holding the appeal in abeyance.

The cases 3M cites apply the ordinary rule that courts have discretion to stay a case if *both* sides ask for it. *See Caremark, Inc. v. Coram Healthcare Corp.*, 113 F.3d 645, 647 n.1 (7th Cir. 1997) ("the parties suggested that we suspend our consideration of this matter because of pending settlement negotiations. We did so, but were later informed by the parties that their earlier expectations had not been realized."); *Ctr. for Biological Diversity v. E.P.A.*, 56 F.4th 55, 60 (D.C. Cir. 2022) ("The parties then jointly requested that we hold the petitions in abeyance to allow for settlement negotiations."). While granting a stay while one side opposed would be improper, the Court has discretion to grant a stay where both sides agree. Because Mr. Valle now agrees to a stay, the Court should grant the Motion.

Dated: September 11, 2023                                  Respectfully submitted,

                                                           */s/ Ashley Keller*
                                                           Ashley Keller
John James Snidow                                          KELLER POSTMAN LLC
Noah Heinz                                                 150 N. Riverside Plaza
KELLER POSTMAN LLC                                         Suite 4100
1101 Connecticut Avenue, N.W.                              Chicago, IL 60606
11th Floor                                                 ack@kellerpostman.com
Washington, DC 20036                                       (312) 741-5222

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 182 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B).

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionately spaced typeface using Microsoft Word Times New Roman 14-point font.

Dated: September 11, 2023

> */s/ Ashley Keller*
> Ashley Keller
> *Counsel for Plaintiff-Appellee Valle*

## CERTIFICATE OF SERVICE

On September 11, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Ashley Keller*
Ashley Keller
*Counsel for Plaintiff-Appellee Valle*